### UNITED STATES of America, Plaintiff–Appellee,

v.

### Leandro GOMEZ, III, Defendant–Appellant.

No. 07–10037.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Sept. 28, 2007.

Michael K. Kawahara, Esq., Office of the U.S. Attorney, Honolulu, HI, for Plaintiff–Appellee.

Jack F. Schweigert, Esq., Honolulu, HI, for Defendant–Appellant.

---

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Leandro Gomez, III appeals from his guilty-plea conviction and 284–month sentence for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gomez's counsel has filed a brief stating that he finds no meritorious issues for review, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed. Appellee has filed a motion to dismiss the appeal.

We have reviewed the brief and motions, and conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction, and dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir. 2000).

Accordingly, we **GRANT** counsel's motion to withdraw, **GRANT** Appellee's motion to dismiss based on the valid appeal waiver,[1] and **DENY** all other pending motions.

Conviction **AFFIRMED;** Appeal of sentence **DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

1. Gomez's motion to file a late opposition to the motion to dismiss is denied as unnecessary because the opposition was timely filed.

